David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
*e-mail: dlm@mazarolilaw.com*
---------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, a/s/o AGC Engineering, Inc. | : | |
| | : | 07 Civ. 10475 (WHP) |
| Plaintiff, | : | **ECF CASE** |
| | : | **RULE 7.1** |
| - against - | | **DISCLOSURE STATEMENT** |
| | : | |
| UNITED PARCEL SERVICE, INC.; *et al*.; | : | |
| | : | |
| Defendants. | | |

---------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock:

> Federal Insurance Company is a wholly owned subsidiary of The Chubb Corporation, a publicly traded company on the New York Stock Exchange.

Date:   New York, New York
        November 19, 2007          *s/David L. Mazaroli*
                                   _____
                                   David L. Mazaroli (DM 3929)
                                   Attorney for Plaintiff
                                   11 Park Place - Suite 1214
                                   New York, New York 10007
                                   Tel.: (212)267-8480
                                   Fax.: (212)732-7352
                                   E-mail: dlm@mazarolilaw.com
                                   File No.: 7C-1487