UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
FEDERAL INSURANCE COMPANY, A/S/O
AGC ENGINEERING, INC.,                :

               Plaintiff,          :

-against-                             :

UNITED PARCEL SERVICE, INC. AND       :
UPS SUPPLY CHAINS OLUTIONS, INC.
                                      :
               Defendants.
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

07 Civ. 10475 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

      It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of the Court is directed to mark this case closed.

Dated: March 7, 2008
      New York, New York

                                 SO ORDERED:

                                 WILLIAM H. PAULEY III
                                 U.S.D.J.

*Copy mailed to:*

David L. Mazaroli, Esq.
Law Offices of David L. Mazaroli
11 Park Place, Suite 1214
New York, NY 10007
*Counsel for Plaintiff*