LAW OFFICES
DAVID L. MAZAROLI
11 PARK PLACE
SUITE 1214
NEW YORK, NY 10007-2801

MEMBER OF NEW YORK &
LOUISIANA BARS

TELEPHONE: (212) 267-8480
FACSIMILE: (212) 732-7352

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

**MEMO ENDORSED**

April 2, 2008

**BY HAND**

Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:  Federal Insurance Company
            v. United Parcel Services, Inc., et al.
            07 Civ. 10475 (WHP)
            Our File: 7C-1487

Dear Judge Pauley:

      I represent the plaintiff in this settled action which is the subject of a thirty-day order of discontinuance entered on or about March 7, 2008. As the settlement funds have not yet been received, <u>plaintiff respectfully requests that the deadline for restoring the action to the open docket be extended up to an including April 25, 2008.</u> If for some reason the Court is not willing to extend the reopening deadline, please consider this as plaintiff's application for restoration of the case to the active docket at this time. The Court's attention is appreciated.

Respectfully,

David L. Mazaroli
dlm@mazarolilaw.com

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
4/4/08

DLM/jcf

cc:  DeOrchis & Partners, LLP
     Attn.: Vincent M. Deorchis, Esq.
     (Via e-mail: vdeorchis.marinelex.com)

     Countryman & McDaniel
     Attn.: Michael S. McDaniel, Esq. (Your Ref.: 5015-901)
     (Via e-mail: cargolaw@aol.com)